UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Interested Underwriters Subscribing to Policy No. FCU-2000239,<br><br>      Plaintiff,<br><br>      v.<br><br>LRGistics LLC,<br><br>      Defendant. | Civil Action No. 2:22–cv–190 |

## **ORDER**

On or before 1/17/2023, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 11th day of January, 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge